

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

EPITACIO CABRERA-CASTILLO
a/k/a "Charangas"              (05)
JESUS SIDON                    (06)
TERESA SIDON                   (07)
HECTOR VALDEZ                  (08)
OMAR ROSALES                   (09)
GASPAR SANTANA-GUZMAN (10)
MARISSA MACEDO
a/k/a "Yaya"                   (11)
RUDY LOPEZ                     (12)
ALFREDO MORALES               (13)
GENNY ARMENTA
a/k/a "Genny Valles"           (14)
CHRISTOPHER LEE               (15)
CARLOS VALDEZ                 (16)
MARCO DELEON                   (17)
MARCELO ARMENTA              (18)
MARIO ZUNIGA-PEREZ           (19)

No. 4:16-CR-122-O
**(Supersedes Indictment returned on May 18, 2016 adding defendants 5-19 only)**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 15 2016

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before October 2015, and continuing until in or around April

2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere,

**Superseding Information  - Page 1 of 7**

defendants **Epitacio CABRERA-CASTILLO,** also known as Charangas, **Jesus SIDON, Hector VALDEZ, Genny ARMENTA,** also known as Genny Valles, **Christopher LEE, Marcelo ARMENTA** and **Mario ZUNIGA-PEREZ,** along with others known and unknown, including the individuals identified as defendants in Count Two but not named as defendants in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

<u>Count Two</u>
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before October 2015, and continuing until in or around April 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Omar ROSALES, Gaspar SANTANA-GUZMAN, Marissa MACEDO**, also known as Yaya, **Rudy LOPEZ, Alfredo MORALES, Carlos VALDEZ,** and **Marco DELEON,** along with others known and unknown, including the individuals identified as defendants in Count One but not named as defendants in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

## Count Three
### Money Laundering Conspiracy
### (Violation of 18 U.S.C. § 1956(h))

Beginning in or before October 2015, and continuing until in or around April 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Teresa Sidon**, and others, both known and unknown, did knowingly and intentionally conspire and agree with others known and unknown, to commit certain offenses against the United States in violation of Title 18, United States Code, Section 1956 and Section1957, to wit:

1.   To knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, drug trafficking, as described in this Information, in violation of Title 21,United States Code, Sections 846, and 841(a)(l) knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, ownership, control and source of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions, represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(l)(B)(I); and

2.   To knowingly transport, transmit, transfer, and attempt to transport, transmit and transfer monetary instruments and funds involving the proceeds of specified unlawful activity, that is drug trafficking, as described in this Information,

in violation of Title 21, United States Code, Sections 846, and 841 (a)(1), from a place inside the United States to or through a place outside the United States knowing that the monetary instruments and funds involved in the transportation, transmission, or transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i);

In violation of 18 U.S.C. § 1956(h).

## MANNER AND MEANS

1.     It was part of the conspiracy that E.S.G., not named as a defendant herein, would and did coordinate the distribution of methamphetamine from the Republic of Mexico to the United States.

2.     It was part of the conspiracy for E.S.G. and Teresa Sidon to collect the drug trafficking proceeds from the distribution of bulk quantities of methamphetamine from various drug distributors in Fort Worth and Terrell, Texas, and elsewhere.

3.     It was further part of the conspiracy to deposit drug trafficking proceeds into financial institutions located in distribution cities.

4.     It was further part of the conspiracy for defendants to open and use multiple checking, savings and other bank accounts to conduct financial transactions designed to conceal and disguise the nature, ownership, control and source of the drug trafficking proceeds.

[Remainder of page intentionally left blank]

5.     It was further part of the conspiracy for E.S.G. and Teresa Sidon to coordinate the

wiring of proceeds from the distribution of bulk quantities of methamphetamine to

individuals in Mexico.

JOHN R. PARKER
UNITED STATES ATTORNEY


SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

**Superseding Information – Page 7 of 7**