IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

EPITACIO CABRERA CASTILLO

DEFENDANT.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 16 2020
CLERK, U.S. DISTRICT COURT

REMEDY NO: 103794-F2

CASE NO: 4:16-MJ-80244-BS

4:16-CR-122-0(5)

EMERGENCY MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582 (C)(1)(A)

Petitioner, EPITACIO CABRERA CASTILLO, Pro se, respectfully
moves this Honorable court pursuant to ammendments made
in compassionate release due to "First Step Act",
"Extraordinary and compelling" reasons provision under
18 U.S.C. § 3582 (C)(1)(A)(i), to grant petitioner compassionate
release due to his underlying medical health which puts
petitioner at risk of severe illness and or death if infected
with COVID-19 virus. In support of this motion, petitioner
states as follows;

## BACKGROUND

On November 8, 2016, Petitioner was sentenced by this court to 360 months of incarceration followed by 4 years of supervised release, for "Conspiracy to possess with intent to distribute a controlled substance – CT-1".

Petitioner is scheduled to be released on November 11, 2041 and as of now has served 4 years 5 months of his 360 months sentence.

## ADMINISTRATIVE REMEDY

Administrative Remedy NO: 103794-F2

On June 29, 2020, petitioner mailed BP-9 to USP Lewisburg Warden RADM, S. Spaulding.
On July 10, 2020, petitioner's BP-9 was denied by Warden (see Receipt-Admin-Remedy and Wardens denial order here with)
On July 13, 2020, petitioner mailed BP-10 to the Regional office. By August 14, 2020, petitioner did not receive a receipt; a response; or a denial from the Regional office "It has been 30 days", therefore petitioner counts it as a denial. On September 8, 2020, petitioner mailed BP-11 to the Central office. Petitioner has not yet to receive a receipt or a response from the Central office regarding petitioner's BP-11. Once petitioner receive a response from the Central office, petitioner will forward same to the Courts.

Under 18 U.S.C. § 3582 (C)(1)(A), as modified by the "First Step Act" (December 21, 2018), a court may reduce a defendants sentence upon motion of the Director of the Bureau of Prisons (BOP) or upon motion of the defendant. The court in determining the circumstances must also consider the factors in 18 U.S.C. § 3553 (a).

## PETITIONER MEDICAL CONDITIONS

Petitioner suffers from various chronic conditions such as, high blood pressure and chronic pulmonary problems (COPD). Petitioner was hospitalized at the John Peter Smith Hospital in Fort Worth, TX in the year 2014 and was then diagnosed with one lung functioning at a minimal percentage 20% in comparison to the other. Since then petitioner struggles with breath shortness daily.

According to the Center for Disease Control (CDC), people that are at high risk for severe illness or death from COVID-19 that qualify, include, but are not limited to; people 65 years or older; people with asthma, diabetes, high blood pressure, obesity, and other chronic issues such as COPD.

## REASON FOR GRANTING MOTION

Prison settings carry an increased risk for COVID-19,
where inmates live and work in close proximity and have
to share common areas daily such as showers, phones,
computers, etc. Therefore consistent social distancing
is impossible to practice even when some inmates and
staff dont wear their masks or are enforced to mantain
strict hygiene, and to take other preventive cautions,
which can develop serious complications to those with
compromised immune systems and other medical
vulnerabilities.

## USP LEWISBURG

As of now USP Lewisburg is on lockdown and
have reported over 60 positive cases of COVID-19.

## PETITIONER LIKELIHOOD OF RE-OFFENDING

While serving almost five years of petitioners 360 months sentence, petitioner has never received a infraction nor had any problems. Petitioner has been a model inmate and have always abided by the institution rules. Petitioner has an excelent conduct and has taken numerous programs and classes which has helped him on his rehabilitation. Herewith are documents of petitioners programming sheet.

<u>Pending charges</u>: Petitioner has no outstanding / pending charges. Petitioner is pending deportation to Mexico.

<u>Restitution</u>: Petitioner does not owe any restitution obligations made by the courts.

# RELEASE INFORMATION

If petitioner is released, petitioner will be living with petitioner's Mother, her name is Silvestra Castillo, her phone number is 011521-834-2741-395.
Address as follows:

Ejido las Compuertas Mpio de Llera de Canales
Tamaulipas Mexico, 87200

If released, petitioner will protect himself and his family from COVID-19.

Accordingly, this court has authority pursuant to 18 U.S.C. § 3582 (C)(1)(A), to reduce petitioner's sentence.

Date September 30, 2020
Respectfully Submitted
X Epitacio Cabrera Castillo
Epitacio Cabrera Castillo
DC. No: 12732-179

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, I will be mailing this motion through prison mailbox via U.S. Postal Service to the clerk of court which

X Epitacio Cabrera Castillo

Epitacio Cabrera Castillo  #12732-179

USP Lewisburg

PO BOX 1000

Lewisburg, PA 17837

Cabrera, Epifacio (MR # 51205355) CSN #59686457

JPI Health Network

JPS EMERGENCY
Phone: 817-921-3431
Fax: 817-702-3601
1575 South Main St.
FORT WORTH TX 76104

Date: Jan 24, 2016

Patient Name: Epifacio Cabrera (51205355)
Address:         2309 MCKENNZIE AVE
                 FORT WORTH TX 76105
Home phone:      469-709-7272

ID:  Z1676215

DOB: 05/23/1962

---

Rx: azithromycin (ZITHROMAX) 250 MG tablet
Route: Oral                   Order ID: 65224777        Rx Ref Num:

Sig:
Take 1 tablet (250 mg total) by mouth daily for 4 days for BACTERIAL BRONCHITIS

DX: Bronchitis

Tobacco abuse counseling

Qty: **4 (Four) tablet**
Refill: **0 (Zero)**

Dispense As Written: No

---

Rx: ipratropium (ATROVENT HFA) 17 mcg/actuation inhaler
Route: Inhalation             Order ID: 65224778        Rx Ref Num:

Sig:
Inhale 1 puff into the lungs 3 (three) times daily for CHRONIC BRONCHITIS WITH COPD.

DX: Bronchitis

Tobacco abuse counseling

Qty: **1 (One) inhaler**
Refill: **2 (Two)**

Dispense As Written: No

Signature:
Mens, Mary Kwaa, FNP
NPI: 1932359718

Supervising Provider                                     Supervising DEA
Schrader, Chet Dean, MD                  FS0805626

Security: [*] bound & spelled quantity & refills, [*] bound Sig, microprint signature line visible at 5x or greater magnification showing "THIS IS AN ORIGINAL PRESCRIPTION", & this description of security features.

```
 LEWER          *        INMATE DISCIPLINE DATA        *      08-31-2020
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD  *      09:02:54

REGISTER NO: 12732-179 NAME..: CABRERA-CASTILLO, EPITACIO
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-31-2020
```

G5463      NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**

**Psychology Services**

**General Administrative Note**

| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | | Reg #: | 12732-179 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/23/1962 | Sex: | M | Facility: LEW | Unit Team: | I-BLOCK |
| Date: | 09/01/2020 11:11 | Provider: | Enigk, Jennifer PsyD | | | |

## Comments

This report is provided at Mr. CABRERA-CASTILLO's request to summarize the programs he has completed and/or is participating in through Psychology Services.  They are as follows:

C mo manejar la ira y el conflict self-study workbook/Dealing with Anger and Conflict (completed 4/6/2020)

El manejo de la ira/Managing Anger self-study workbook (completed 12/12/2019)

Primos pasos/First Steps self-study workbook (completed 10/21/2019)

El valor para cambiar: Consumo de sustancias/The Courage to Change: Substance Use self-study workbook (completed 8/16/2019)

Familia y otras relaciones/Family and Other Relationships self-study workbook (completed 6/24/2019)

Habilidades para afrontar los problemas/Coping Skills self-study workbook (completed 2/7/2019)

Mi plan de cambio/My Change Plan self-study workbook (completed 11/28/2018)

Resolucion de conflictos familiars/Resolving Family Conflicts self-study workbook (completed 10/3/2018)

Mi diario personal/My Personal Diary self-study workbook (completed 9/14/2018)

El manejo del estres/Stress Management self-study workbook (completed 8/9/2018)

Habilidades basicas/Core Skills self-study workbook (completed 7/31/2018)

Spanish Victim Impact and Criminal Thinking (completed 7/23/2018)

12-Step Group (completed 8/29/2018)

Sentimientos/Feelings self-study workbook (completed 5/8/2018)

El valor para cambiar: Valores sociales/The Courage to Change: Social Values self-study workbook (completed 4/19/2018)

El valor para cambiar: Autocontrol/The Courage to Change: Self-Control self-study workbook (completed 3/14/2018)

El valor para cambiar: Pensamiento responsable/The Courage to Change: Responsible Thinking self-study workbook (completed 2/21/2018)

Spanish Anger Management (completed 4/13/2018)

Comportamientos de consume de sustancias/Substance Use Behaviors self-study workbook (completed 1/31/2018)

Poniendo fin a nuestros resentimientos/Ending Our Resentments self-study workbook (completed 1/23/2018)

El reingreso a la sociedad/Re-entry into Society self-study workbook (completed 1/11/2018)

Completed by Enigk, Jennifer PsyD on 09/01/2020 11:12

```
  LEWER          *       INMATE EDUCATION DATA            *      08-31-2020
PAGE 001 OF 001 *            TRANSCRIPT                   *      09:00:51


REGISTER NO: 12732-179    NAME..: CABRERA-CASTILLO        FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: LEW-LEWISBURG USP


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
LEW  ESL EXEMPT ESL NEED-PERMANENTLY EXEMPT 12-29-2016 1532 CURRENT
LEW  GED EP     ENROLL GED PROMOTE W/CAUSE  10-03-2018 0617 CURRENT
LEW  GED SAT    GED PROGRESS SATISFACTORY   03-06-2018 0728 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
LEW GP     ESL CLASS 2 SNOOK            05-07-2020 CURRENT
EST        ESL CONTRERAS 2:00-3:30 PM   08-14-2018 04-28-2020  P   W  I   448
EST        SPGED M-F 7:30-9:00(PG#6)    07-19-2017 04-28-2020  P   W  I   826
EST        ADVANCED TYPING (PG #6)      08-01-2019 08-30-2019  P   C  P    24
EST        INTERMEDIATE TYPING  (PG #6) 07-01-2019 07-31-2019  P   C  P    24
EST        BASIC TYPING - FCI (PG #6)   06-01-2019 06-30-2019  P   C  P    24
EST        BASIC TYPING - FCI (PG #6)   02-01-2019 02-28-2019  P   C  P    24
EST        INSIDE OUT DAD (#6)          10-17-2017 01-25-2018  P   C  P    24
EST        ESL LAWHON 2-3:30 PM M-F(PG#6) 06-12-2017 07-21-2017 C  W  I     0
EST        ESL LAWHON 12:00-2PM M-F(PG#6) 05-23-2017 06-13-2017 C  W  I     0
EST        BEGINNING GUITAR M-F 8-9PM   01-20-2017 04-08-2017  P   C  P    24
EST        INFECTIOUS DISEASE PREVT(HN#1) 12-29-2016 12-29-2016 P  C  P     1


--------------------------- HIGH TEST SCORES ---------------------------
TEST        SUBTEST      SCORE    TEST DATE     TEST FACL  FORM     STATE
CASAS       LIST PLACE   192.0    03-17-2019    EST        2
            READ LEV A   209.0    07-15-2017    EST        82R
            READ LEV B   206.0    10-09-2019    EST        84R
            READ PLACE   192.0    03-17-2017    EST        2
GED READY   MATH         134.0    03-06-2019    EST        RE
TABE M      LANGUAGE       5.3    10-10-2019    EST        10
            MATH APPL      9.6    10-10-2019    EST        10
            MATH COMP      6.6    10-10-2019    EST        10
            READING        2.5    10-10-2019    EST        10




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Bureau of Prisons
# Health Services
# Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/13/2016 13:29 | Provider: | Garcia, D. MLP | Facility: | EST |

**Seizures:**       Denied

**Diabetes:**       ,Denied

**Cardiovascular:**       Denied

**CVA:**       Denied

**Hypertension:**       Denied

**Respiratory:**       Denied

**Sickle Cell Anemia:**       Denied

**Carcinoma/Lymphoma:**       Denied

      **Comments:**

**Allergies:**       Denied

**Tuberculosis:**

      **Hx of Previous Disease:** No

      **Blood-tinged Sputum:** No

      **Night Sweats:** No

      **Weight Loss:** No

      **Fever:** No

      **Cough:** No

      **Comments:**

**Infectious Disease Risk Factors:**

      **IV Drug Use:** No

      **IV Drug Use Needles:**

      **Sexual Partner IV Drug Use:** No

      **Sexual Partner IV Drug Use Needles:**

      **Female Sexual Partners (Last 5 Yrs):** 2-5

      **Male Sexual Partners (Last 5 Yrs):** None

      **Condom Use:** Never

      **Sexual Contact With HIV+ Individual:** No

      **Blood Product Transfusion:** No

      **Travel Outside US:** Yes

      **Tattoos:** No

      **Comments:** Mexico

**HIV History:**

      **When Tested:**       2016

      **Test Result:**       Negative

      **When Diagnosed AIDS:**

      **Last CD4:**

      **Comments:** JPS- Inmate was tested due to Dx of Pneumonia,

| | |
|---|---|
| Inmate Name: CABRERA-CASTILLO, EPITACIO | Reg #: 12732-179 |
| Date of Birth: 05/23/1962 | Sex: M | Race: WHITE |
| Encounter Date: 12/13/2016 13:29 | Provider: Garcia, D. MLP | Facility: EST |

**Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Abuse History:** Denied

    **Physical:** No

    **Emotional:** No

    **Sexual:** No

    **Comments:**

**Mental Health:**

    **Level of Consciousness:** Alert and Oriented
    **Psychomotor Activity:** Normal
    **General Appearance:** Normal
    **Behavior:** Cooperative
    **Mood:** Appropriate to Content
    **Thought Process:** Goal Directed
    **Thought Content:** Normal
    **Hx of Mental Health Treatment:** None
    **Hx of Head Injury:** None
    **Current Mental Health Treatment:** No
    **Current Mental Health Complaint:** No
    **Hx of Loss of Consciousness:** No
    **Hx of Hearing Voices:** No
    **Past History of Suicide Attempt:** No
    **Current Suicide Ideation:** No
    **Suicide Prevention Initiated:** No
    **Comments:**

**Substance Use History:**

| | Last Used | Frequency | Route | Type | Amount |
|---|---|---|---|---|---|
| **Alcohol** | > 5 years | Daily | | Beer | 3 drinks / day |
| **Cocaine** | > 5 years | Monthly | Nasal | Powder | |

    **Hx of Withdrawal Symptoms:** None
    **Comments:**

**Current Painful Condition:** Denied

**Other Health Issues:**

    **Current Medical Conditions:**

    **Other Current Treatments:**

**Pregnant:** N/A

**Dental Condition:** Denied

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

10-19-2017
Date

I, EPITACIO CABRERA-CASTILLO      12732-179     , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

fob x3

**The following treatment(s) was/were recommended:**

fob x3

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:**

death

**I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.**

| | | |
|---|---|---|
| RAINWATER, KATLIN | 10-19-2017 | EPITACIO Cabrera Castillo |
| Counseled by | Date | Patient's Signature                    Date |

Signature of Witness              Date

EST—ESTILL FCI

## Trident Medical Center
### Patient Report

06/05/2017
*12732-179*

EPITACIO CABRERA-CASTILLO
100 PRISION RD
ESTILL, SC 29918
MRN-D000755865

Dear EPITACIO CABRERA-CASTILLO:

You have undergone a Colonoscopy procedure performed by Dr. Robbie Taha. The operative conclusions and images from the procedure include the following:

**Post-Op Diagnosis:** Cecal diverticulosis. Internal hemorrhoids. Rectal polyp



Please note the potential after effects documented in the attached Discharge Instructions sheet that you reviewed for this procedure.

**Recommendations:**

• Colonoscopy recommended in 5 years pending pathology results.

Reports of your procedure and these recommendations have been sent to:

• Dr. Robbie H Taha (Referring Physician)

If specimens were taken during your procedure, they may take several days to be analyzed. Call your doctor's office in ten days if you have not received your results.

Recommendations on this form were provided to the patient or patient representative.

Robbie H Taha, D.O.

**FCI ESTILL, SC**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/05/2017 13:03 EST | | | Facility: | EST |

Reviewed by Edwards, Stephanie MD on 06/05/2017 15:05.

# FCI ESTILL, SC

*12732-179*



**Coastal Carolina**
**Gastroenterology & Hepatology**
**TRIDENT HEALTH**

## Cabrera-castillo, Epitacio
54 Y old Male, DOB: 05/23/1962
Account Number: 8X501244524
PO BOX 3384, CARMEL, IN-46082-3361
Home: 800-458-2078
Guarantor: Seven Corners, Jenny   Insurance: SEVEN
CORNERS CLAIMS Payer ID: 25404
Appointment Facility: 348611CCG COASTAL CAROLINA GASTRO

03/30/2017                                    Robbie H Taha, DO  CHN#: 1235251042

### Current Medications
None

### Past Medical History
Testicular dysfunction
Umbilical hernia
Hx of bronchitis
Obesity
Abnormal finding of blood chemistry
Hydrocele
Non specific skin eruption

### Surgical History
Denies Past Surgical History

### Family History
Father has family hx of GI issues.
Mother has no GI issues.

### Allergies
N.K.D.A.

### Review of Systems

General ROS:
    Constitutional: Negative for:
excessive fatigue, fever, chills,
weight gain, weight loss, decreased
appetite, environmental allergy.
Dermatology/Integumentary: Negative
for: rash, itching, unusual hair loss,
jaundice. HEENT: Negative for:
problems with vision, cataracts,
problems with hearing, sore throat,
sinusitis. Resp/Pulmonology: Negative
for: cough, wheezing, shortness of
breath, h/o sleep apnea/CPAP,
respiratory problems with sedation.
Cardiology: Negative for: chest pain,
leg swelling, palpitations, shortness
of breath, h/o coronary artery
disease, high blood pressure,
abnormal heart rhythm.
Gastroenterology: as in the HPI.

### Reason for Appointment
1. seven corners COLON?

### History of Present Illness
Patient History:
    54 year old hispanic male inmate with no medical hx. He's here for
a screening colon.
    He denies any gi bleeding, constipation, diarrhea, abdominal pain,
nausea, vomiting or family history of GI malignancy. He rarely has
constipation.

### Vital Signs
Ht 64 in, Wt 193.6 lbs, BMI 33.23, Temp 97.9 F, BP 154/90, HR 75.

### Examination
General Examination:
    Constitutional: no acute distress, alert. Derm/Integumentary: no
jaundice, mild facial rash, moist, warm, good turgor. HEENT: sclera
are anicteric, pupils equally round. Neck: Supple without masses,
lymphadenopathy nor thyromegaly. Respiratory: lungs clear to
auscultation bilaterally, . Heart: regular heart rate and
rhythm . Gastrointestinal: abdomen soft, non-tender, non-distended,
no organomegaly, no ascites, no palpable mass + large umbilical
hernia, reduced, tender. Musculoskeletal: no clubbing, no cyanosis, no
extremity edema. Psych: alert and oriented x 3, affect appropriate.

### Assessments
1. Screening for colon cancer - Z12.11 (Primary)
2. Umbilical hernia without mention of obstruction or gangrene - K42.9

### Treatment
**1. Screening for colon cancer**
Start TriLyte Solution Reconstituted, 420 GM, as directed, Orally, As
directed, 1 dose(s), 1, Refills 0
    IMAGING: COLONOSCOPY, SCREENING, INDIVIDUAL W/OUT
HIGH RISK (G0121)
Notes: colonoscopy.

**2. Umbilical hernia without mention of obstruction or**
**gangrene**
Notes: PLEASE REFER TO GENERAL SURGERY FOR UMBILICAL

---

Patient: Cabrera-castillo, Epitacio   DOB: 05/23/1962   Progress Note: Robbie H Taha, DO   03/30/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://hcapsecwprgnp05.medcity.net/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?en...   3/30/2017

Genital/Urinary: Negative for: burning with urination, difficulty with urination, renal failure, kidney stones, electrolyte disturbances. Musculoskeletal: Negative for: joint pain, muscle pain, back/neck pain. Neurology: Negative for: headache, stroke/CVA, seizures. Psychology: Negative for: depression, anxiety, suicide attempt. Hem/Lymph: Negative for: easy bruising/easy bleeding, past blood transfusions, swollen/tender lymph nodes. Endocrinology: Negative for: diabetes, thyroid disease, osteoporosis/osteopenia.

HERNIA.

**Preventive Medicine**
Quality Measures: Alcohol Use: Patient no.

**Follow Up**
surgery and colonoscopy

This progress note has not been verified nor is it considered complete until locked and signed by the provider.

Sign off status: Pending

---

348611CCG COASTAL CAROLINA GASTRO
9221 UNIVERSITY BLVD
CHARLESTON, SC 294069148
Tel: 843-576-0700
Fax: 843-576-0701

---

Patient: Cabrera-castillo, Epitacio    DOB: 05/23/1962    Progress Note: Robbie H Taha, DO    03/30/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Bureau of Prisons
# Health Services
# Dental Health History Screen

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: M  Race: WHITE | Facility: | EST |
| Encounter Date: | 10/15/2018 09:05 | Provider: Beasley, Willie DDS | Unit: | A01 |

## ASSESSMENTS:

Health Problems as of Dental Health History Encounter date: 10/15/2018 09:05

**Health Problems**

| Health Problem | Status |
|---|---|
| Testicular dysfunction<br>　Left Testicular pain | Current |
| Obesity<br>　BMI 30.8 | Current |
| Essential (primary) hypertension | Current |
| Bronchitis | Current |
| Umbilical hernia<br>　2 x 2 cm reducible, wears abdominal belt for support | Current |
| Hydrocele, unspecified<br>　Bilateral | Current |
| Rash and other nonspecific skin eruption<br>　r/o SLE | Current |
| Abnormal finding of blood chemistry, unspecified<br>　Moderate Hypernatremia | Current |
| Encounter for general adult medical exam without abnormal findings | Current |
| Cannabis use, with cannabis-induced disorder | Resolved |
| Nicotine dependence<br>　1 ppd x 20 years quit 15 years ago | Resolved |
| Pneumonia, unspecified organism | Resolved |
| Falling, jumping or pushed from a high place, undetermined intent | Resolved |

**Medical History as of Dental Health History Encounter date:** 10/15/2018 09:05

**Medical History:**

| | |
|---|---|
| **Allergies:** | Denied |
| **Seizures:** | Denied |
| **Diabetes:** | Denied |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |
| **Hypertension:** | Denied |
| **Respiratory:** | Denied |
| **Sickle Cell Anemia:** | Denied |
| **Carcinoma/Lymphoma:** | Denied |

| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
|---|---|---|---|---|---|
| Date of Birth: | 05/23/1962 | Sex: M | Race: WHITE | Facility: | EST |
| Encounter Date: | 10/15/2018 09:05 | Provider: | Beasley, Willie DDS | Unit: | A01 |

**HIV History:**

| | |
|---|---|
| When Tested: | 2016 |
| Test Result: | Negative |
| When Diagnosed AIDS: | |
| Last CD4: | |

Comments: JPS- Inmate was tested due to Dx of Prieumonia,

| | |
|---|---|
| **Hepatitis:** | Denied |
| **Other Infectious Diseases:** | Denied |

**Other Health Issues:**

**Other Medical Conditions And Treatment:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** N/A

**Dental Observations as of Dental Health History Encounter date: 10/15/2018 09:05**

**History:**

| | |
|---|---|
| **Alcohol:** | Yes |
| **Methamphetamine:** | No |
| **Tobacco products:** | No |
| **Other drugs:** | No |
| **Sensitive teeth:** | No |
| **Bleeding gums:** | No |
| **Food impaction:** | No |
| **Pain around ear:** | No |
| **Toothache:** | No |
| **Wear partial dentures:** | No |
| **Unusual sounds while eating:** | No |
| **Snoring:** | No |
| **Blisters on lips or mouth:** | No |
| **Clenching or grinding:** | No |
| **Swelling or lumps in mouth/throat:** | No |
| **Burning tongue:** | No |
| **Bad breath:** | No |
| **Decayed teeth:** | No |
| **Loose teeth:** | No |
| **Wear dentures:** | No |
| **None:** | Yes |
| **Comments:** | |
| **Cardiac Condition Requiring Prophylaxis:** | No |
| **Prosthetic joint(s):** | No |

| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
|---|---|---|---|---|---|
| Date of Birth: | 05/23/1962 | Sex:   M | Race:   WHITE | Facility: | EST |
| Encounter Date: | 10/15/2018 09:05 | Provider: | Beasley, Willie DDS | Unit: | A01 |

| **Radiation history of head or neck:** | No |
|---|---|
| **Excessive bleeding:** | No |
| **Bisphosphonates:** | No |
| **Comments:** | |

**Medications as of Dental Health History Encounter date:**          10/15/2018 09:05

**Medications:**

Hydrochlorothiazide 25 MG Tab  Exp: 04/30/2019  SIG: Take one tablet (25 MG) by mouth each day for blood pressure for 365 days

Lisinopril 20 MG Tab  Exp: 05/10/2019  SIG: Take one tablet (20 MG) by mouth each day for blood pressure for 365 days

**OTCs:  Listing of all known OTCs this inmate is currently taking.**

**Disposition:**

Follow-up at Sick Call as Needed

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Beasley, Willie DDS on 10/15/2018 09:06

# Bureau of Prisons
# Health Services
## Dental Soap/Admin Encounter

---

| | | |
|---|---|---|
| Inmate Name:   CABRERA-CASTILLO, EPITACIO | | Reg #:   12732-179 |
| Date of Birth:   05/23/1962 | Sex:   M          Race:   WHITE | Facility:   EST |
| Encounter Date:   11/27/2018 11:40 | Provider:   Wasley, Melissa RDH | Unit:   A01 |

---

**Reviewed Health Status:**  Yes

Sick Call Triage encounter performed at Dental Clinic.

**SUBJECTIVE:**

   **COMPLAINT  1**          **Provider:**  Wasley, Melissa RDH

   **Chief**               Pain

   **Subjective:**   "My tooth hurts and I want it pulled out."  Inmate pointed to tooth #18.

   **Pain Location:**

   **Pain Scale:**   3

   **Pain**               Pressure

   **History of Trauma:**

   **Onset:**   1-4 Weeks Ago

   **Duration:**

   **Exacerbating Factors:**   Chewing

   **Relieving Factors:**

   **Comments:**

**OBJECTIVE:**

**Dental Findings:**

   **Tooth**

      **#18**

         Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

      Clinically, tooth #18 appeared to have a dark hole on the buccal surface and DO aspect but no swelling
      or tenderness was present.  I/M was able to move the tooth with his finger.

**ASSESSMENTS:**

   Deferred for Dentist

**PLAN:**

**Copay Required:** Yes          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Wasley, Melissa RDH on 11/27/2018 11:40
Requested to be cosigned by  Beasley, Willie DDS.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: M | Race: WHITE | Facility: | EST |
| Encounter Date: | 03/07/2019 08:25 | Provider: | Ulmer, Eve RN | Unit: | A01 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

  **COMPLAINT 1**      **Provider:** Ulmer, Eve RN

  **Chief Complaint:** Other Problem
  **Subjective:** "I want to see if I have water in my lungs because I had it before."
  **Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/07/2019 | 08:26 EST | 97.2 | 36.2 | Oral | Ulmer, Eve RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/07/2019 | 08:26 EST | 74 | Via Machine | | Ulmer, Eve RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/07/2019 | 08:26 EST | 16 | Ulmer, Eve RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/07/2019 | 08:26 EST | 171/78 | Left Arm | Sitting | Adult-large | Ulmer, Eve RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/07/2019 | 08:26 EST | 99 | Room Air | Ulmer, Eve RN |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**
      Yes: Alert and Oriented x 3

**ASSESSMENT:**

    Other
    Inmate came to sick call stating he had water in his lungs before and pneumonia and he wants to be sure he does not
    have it again.
    States this happened at his previous facility.
    No signs of distress.
    No sneezing, coughing noted.
    No SOB.
    Lungs clear.
    Speaks little English and is asking for interpreter.
    Per MLP order chest x rays.

| | | | |
|---|---|---|---|
| Inmate Name:   CABRERA-CASTILLO, EPITACIO | | Reg #:   12732-179 | |
| Date of Birth:   05/23/1962 | Sex:   M   Race:   WHITE | Facility:   EST | |
| Encounter Date:  03/07/2019 08:25 | Provider:   Ulmer, Eve RN | Unit:   A01 | |

## PLAN:

**New Radiology Request Orders:**

| <u>Details</u> | <u>Frequency</u> | <u>End Date</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 03/07/2019 | Routine |

      **Specific reason(s) for request (Complaints and findings):**

          per MLP 1 hx of pneumonia

**Disposition:**

    Follow-up at Sick Call as Needed

    Will Be Placed on Callout

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 03/07/2019 | Counseling | Access to Care | Ulmer, Eve | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Ulmer, Eve RN on 03/07/2019 09:04

Requested to be cosigned by  Lepiane, R. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/07/2019 08:25 | Provider: | Ulmer, Eve RN | Facility: | EST |

Cosigned by Lepiane, R. MD/CD on 03/07/2019 09:17.

Inmate Name:  CABRERA-CASTILLO, EPITACIO

Reg #:  12732-179

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 05/18/2020 10:55 EST  Pigos, Kevin MD | | ICD-10 | E669 | 06/30/2016 | Resolved | 05/18/2020 |
| 06/30/2016 15:55 EST  Hamilton, Glen NP<br>BMI 30.8 | | ICD-10 | E669 | 06/30/2016 | Current | |
| **Cannabis use, with cannabis-induced disorder** | | | | | | |
| 06/30/2016 14:17 EST  Tubera, Butch MD | | ICD-10 | F1299 | 06/30/2016 | Resolved | 06/30/2016 |
| **Nicotine dependence** | | | | | | |
| 06/30/2016 14:17 EST  Tubera, Butch MD<br>1 ppd x 20 years quit 15 years ago | | ICD-10 | F17209 | 06/30/2016 | Resolved | 06/30/2016 |
| **Pneumonia, unspecified organism** | | | | | | |
| 06/30/2016 14:17 EST  Tubera, Butch MD | | ICD-10 | J189 | 06/30/2016 | Resolved | 06/30/2016 |
| **Chronic obstructive pulmonary disease [COPD]** | | | | | | |
| 05/18/2020 10:55 EST  Pigos, Kevin MD | | ICD-10 | J449 | 04/01/2020 | Resolved | 05/18/2020 |
| 04/01/2020 11:35 EST  Lepiane, R. MD/CD<br>30 + pack year smoking history + S.O.B. wheezing and cough  consistent with COPD<br>Add an albuterol inhaler QID as neded | | ICD-10 | J449 | 04/01/2020 | Current | |
| **Bronchitis** | | | | | | |
| 04/01/2020 11:31 EST  Lepiane, R. MD/CD | | ICD-10 | J40 | 06/30/2016 | Resolved | 04/01/2020 |
| 06/30/2016 14:17 EST  Tubera, Butch MD | | ICD-10 | J40 | 06/30/2016 | Current | |
| **Umbilical hernia** | | | | | | |
| 05/18/2020 10:57 EST  Pigos, Kevin MD | | ICD-10 | K429 | 06/30/2016 | Remission | 12/13/2018 |
| 04/01/2020 11:30 EST  Lepiane, R. MD/CD<br>Umbilical hernia S/P surgical repair on 11/30/18 He is doing well no recurrence | | ICD-10 | K429 | 06/30/2016 | Current | |
| 12/13/2018 10:23 EST  Middleton, Tamala ARNP<br>symptomatic umbilical hernia S/P surgical repair on 11/30/18  He has post-op abdominal pain RX Percocet one tab BID X 3 days and naproxen PRN pain | | ICD-10 | K429 | 06/30/2016 | Current | |
| 12/03/2018 09:11 EST  Lepiane, R. MD/CD<br>symptomativ umbilical hernia S/P surgical repair on 11/30/18  He has post-op abdominal pain RX Percocet one tab BID X 3 days and naproxen PRN pain | | ICD-10 | K429 | 06/30/2016 | Current | |
| 08/09/2016 15:43 EST  Hamilton, Glen NP<br>2 x 2 cm reducible, wears abdominal belt for support | | ICD-10 | K429 | 06/30/2016 | Current | |
| 06/30/2016 14:17 EST  Tubera, Butch MD<br>2 x 2 cm reducible | | ICD-10 | K429 | 06/30/2016 | Current | |
| **Pain in unspecified joint** | | | | | | |
| 05/18/2020 10:56 EST  Pigos, Kevin MD | | ICD-10 | M2550 | 04/01/2020 | Resolved | 05/18/2020 |
| 04/01/2020 11:39 EST  Lepiane, R. MD/CD<br>acute bilateral ankle pain/strain  Check X-ray booth ankles  Sulindac as need for pain | | ICD-10 | M2550 | 04/01/2020 | Current | |
| **Cervicalgia** | | | | | | |

Reg #: 12732-179

Inmate Name: CABRERA-CASTILLO, EPITACIO

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Hydrocele, unspecified** | | | | | | |
| 05/18/2020 10:56 EST  Pigos, Kevin MD | | ICD-10 | M542 | 04/01/2020 | Resolved | 05/18/2020 |
| 04/01/2020 11:33 EST  Lepiane, R. MD/CD | | ICD-10 | M542 | 04/01/2020 | Current | |
| Chronic neck pain x 2 years no injury or trauma Check a C spine X-ray Sulindac as needed for pain | | | | | | |
| 05/18/2020 10:56 EST  Pigos, Kevin MD | | ICD-10 | N433 | 10/06/2016 | Resolved | 05/18/2020 |
| 04/01/2020 11:30 EST  Lepiane, R. MD/CD | | ICD-10 | N433 | 10/06/2016 | Current | |
| Small bilateral hydroceles on his testicular sonogram in Sept 2016  He denies any testicular pain currently | | | | | | |
| 10/06/2016 08:49 EST  Tubera, Butch MD | | ICD-10 | N433 | 10/06/2016 | Current | |
| Bilateral | | | | | | |
| **Rash and other nonspecific skin eruption** | | | | | | |
| 04/01/2020 11:31 EST  Lepiane, R. MD/CD | | ICD-10 | R21 | 09/13/2016 | Resolved | 04/01/2020 |
| r/o SLE No skin problems at this time | | | | | | |
| 09/13/2016 18:10 EST  Milstead, J. PA-C | | ICD-10 | R21 | 09/13/2016 | Current | |
| r/o SLE | | | | | | |
| **Headache** | | | | | | |
| 05/18/2020 10:56 EST  Pigos, Kevin MD | | ICD-10 | R51 | 04/01/2020 | Resolved | 05/18/2020 |
| 04/01/2020 11:39 EST  Lepiane, R. MD/CD | | ICD-10 | R51 | 04/01/2020 | Current | |
| headaches x 1 week (? related to his neck pain ) RX Tylenol 325 mg three tab TID as needed x 30 days We will see if these headaches persist | | | | | | |
| **Abnormal finding of blood chemistry, unspecified** | | | | | | |
| 05/18/2020 10:57 EST  Pigos, Kevin MD | | ICD-10 | R799 | 07/14/2016 | Resolved | 05/18/2020 |
| 04/01/2020 11:31 EST  Lepiane, R. MD/CD | | ICD-10 | R799 | 07/14/2016 | Remission | 04/01/2020 |
| Moderate Hypernatremia | | | | | | |
| 07/14/2016 11:36 EST  Tubera, Butch MD | | ICD-10 | R799 | 07/14/2016 | Current | |
| Moderate Hypernatremia | | | | | | |
| **Falling, jumping or pushed from a high place, undetermined intent** | | | | | | |
| 06/30/2016 14:17 EST  Tubera, Butch MD | | ICD-10 | Y30XXX | 06/24/2016 | Resolved | 06/30/2016 |
| 06/24/2016 10:29 EST  Milstead, J. PA-C | | ICD-10 | Y30XXX | 06/24/2016 | Current | |
| **Encounter for general adult medical exam without abnormal findings** | | | | | | |
| 12/03/2018 09:11 EST  Lepiane, R. MD/CD | | ICD-10 | Z0000 | 05/31/2017 | Resolved | 12/03/2018 |
| 05/31/2017 08:40 EST  Middleton, Tamala ARNP | | ICD-10 | Z0000 | 05/31/2017 | Current | |

**Total: 21**

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #: 12732-179 | Inmate Name: CABRERA-CASTILLO, EPITACIO |
|---|---|

Vision Screen on   06/30/2016 14:49

Blindness:

| | | | |
|---|---|---|---|
| Distance Vision: | OD: 20/40 | OS: 20/40 | OU: 20/40 |
| Near Vision: | OD: 20/40 | OS: 20/40 | OU: 20/40 |

With Corrective

| | | | |
|---|---|---|---|
| Distance Vision: | OD: | OS: | OU: |
| Near Vision: | OD: | OS: | OU: |

| Present Glasses - Distance | | | | Refraction - Distance | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| R: | | | | R: | | | |
| L: | | | | L: | | | |

Color Test:   Normal

Tonometry:   R:        L:

Comments:

Orig Entered:   06/30/2016 15:53 EST   Hamilton, Glen NP

**Bureau of Prisons**
**Health Services**
**Immunizations**

Begin Date:  12/13/2018                    End Date:    12/13/2019
Reg #:        12732-179                    Inmate Name: CABRERA-CASTILLO, EPITACIO

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Exp Date |
|---|---|---|---|---|---|---|---|
| Influenza - Immunization flulaval quadrivalent | 10/08/2019 | Now | Left Deltoid | 0.5mL | GSK | p74p3 | 06/30/2020 |

Orig Entered: 10/08/2019 14:33 EST   Rainwater, Katlin RN/IDC/IOP

Total: 1

| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
|---|---|---|---|---|---|
| Date of Birth: | 05/23/1962 | Sex: | M   Race:   WHITE | Facility: | LEW |
| Encounter Date: | 05/13/2020 09:12 | Provider: | Pigos, Kevin MD | Unit: | I02 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | amLODIPine Tablet | 05/13/2020 09:12 |

    **Prescriber Order:**    10 mg Orally Mouth -   daily x 365 day(s)

    **Indication:** Essential (primary) hypertension

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 201601-LEW | Lisinopril 40 MG Tab | 05/13/2020 09:12 |

    **Prescriber Order:**    Take one tablet (40 MG) by mouth each day x 365 day(s)

    **Indication:** Essential (primary) hypertension

| | | |
|---|---|---|
| 201603-LEW | Tamsulosin HCl 0.4 MG Cap | 05/13/2020 09:12 |

    **Prescriber Order:**    Take one capsule (0.4 MG) by mouth at bedtime x 365 day(s)

    **Indication:** Enlarged prostate with lower urinary tract symptoms (BPH)

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| *201598-LEW* | *Acetaminophen 325 MG Tab* | *05/13/2020 09:12* |

    **Prescriber Order:**    *Take three tablets (975 MG) by mouth three times daily as needed for pain (only #60 tabs are allowed per month)*

    **Discontinue Type:**    *When Pharmacy Processes*

    **Discontinue Reason:** *Not Indicated*

    **Indication:**

| | | |
|---|---|---|
| *201599-LEW* | *Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT* | *05/13/2020 09:12* |

    **Prescriber Order:**    *Do not use daily, use only if needed to prevent or relieve an asthma attack. Inhale 2 puffs by mouth four times a day as needed (inhaler is to last 90 days. If needed more frequently, make sick call) "Empty container is to be returned for refill"*

    **Discontinue Type:**    *When Pharmacy Processes*

    **Discontinue Reason:** *Not Indicated*

    **Indication:**

| | | |
|---|---|---|
| *201602-LEW* | *Sulindac 200 MG Tab* | *05/13/2020 09:12* |

    **Prescriber Order:**    *Take one tablet (200 MG) by mouth twice daily as needed for pain (only #45 tabs allowed per month)*

    **Discontinue Type:**    *When Pharmacy Processes*

    **Discontinue Reason:** *Not Indicated*

    **Indication:**

| | | |
|---|---|---|
| *201600-LEW* | *HydroCHLOROthiazide 12.5 MG Cap* | *05/13/2020 09:12* |

    **Prescriber Order:**    *Take one capsule (12.5 MG) by mouth each morning*

    **Discontinue Type:**    *When Pharmacy Processes*

    **Discontinue Reason:** *Not Indicated*

    **Indication:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Hypertension-CBC | One Time | 08/31/2020 00:00 | Routine |
| Chronic Care Clinics-Hypertension-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Hypertension- | | | |

| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
|---|---|---|---|---|---|
| Date of Birth: | 05/23/1962 | Sex: M | Race: WHITE | Facility: | LEW |
| Encounter Date: | 05/13/2020 09:12 | Provider: | Pigos, Kevin MD | Unit: | I02 |

Comprehensive Metabolic Profile (CMP)
**Additional Information:**
fasting

**Schedule:**

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chronic Care Visit | 11/30/2020 00:00 | Physician |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

stopped analgesics as not on a CCC and by chart review not indicated for level of condition.  Can pursue via commissary/indigent.  Albuterol also not indicated and he made no mention of using it at encounter.

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 05/13/2020 | Counseling | Compliance - Treatment | Pigos, Kevin | Attentive |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pigos, Kevin MD on 05/18/2020 11:01

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: | M    Race: WHITE | Facility: | LEW |
| Note Date: | 04/16/2020 05:52 | Provider: | Pigos, Kevin MD | Unit: | I02 |

Cosign Note - Intake Cosign encounter performed at Other.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Pigos, Kevin MD
        medication optimization

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 201600-LEW | HydroCHLOROthiazide 12.5 MG Cap | 04/16/2020 05:52 |

           **Prescriber Order:**    *Take one capsule (12.5 MG) by mouth each morning*
           **Discontinue Type:**    *When Pharmacy Processes*
           **Discontinue Reason:** *discontinue*
           **Indication:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| 14 Day Dr Eval | 05/07/2020 00:00 | Physician |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Pigos, Kevin MD on 04/16/2020 05:53

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: | M   Race:  WHITE | Facility: | EST |
| Encounter Date: | 02/20/2020 09:59 | Provider: | Lepiane, R. MD/CD | Unit: | A01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT 1**          **Provider:** Lepiane, R. MD/CD

   **Chief Complaint:** Chronic Care Clinic

   **Subjective:** Problems: # 1 Hypertension # 2 S/P repair of an umbilical hernia with mesh on 11/30/18  No recurrence doing well # 3 Small bilateral hydroceles -- asymptomatic on his testicular sonogram in Sept 2016 # 4 BPH with nocturia 3-4 x a night & frequency # 5  Chronic neck pain x 2 years # 6 COPD ( 30+ pack/year smoking history) # 7 Acute bilateral ankle pain  x 7 days # 8 Headaches  x 1 week (? relate to his neck pain)

   He complains of neck pain 6/10 and bilateral ankle pain 5/10  He has non cardiac  chest wall pain x 1 month He denies any anginal type chest pains No pedal edema  No heartburn symptoms  No meds  No joint pains No lower back pains No skin problems He has nocturia 3-4 x a night with urinary frequency suggestive of BPH  He has a 30 + pack year smoking history He has S.O.B. on exertion  + occasional wheezing  and a nonproductive  cough  He denies any night time respiratory symptoms His respirator symptoms are consistent with COPD  He denies any headache at this time

   **Pain:**          Yes

   **Pain Assessment**

   | | |
   |---|---|
   | **Date:** | 02/20/2020 10:13 |
   | **Location:** | Neck-Back |
   | **Quality of Pain:** | Aching |
   | **Pain Scale:** | 6 |
   | **Intervention:** | sulindac |
   | **Trauma Date/Year:** | |
   | **Injury:** | |
   | **Mechanism:** | |
   | **Onset:** | 1-5 Years |
   | **Duration:** | 1-5 Years |
   | **Exacerbating Factors:** | Activities and prolonged movement of his neck |
   | **Relieving Factors:** | Rest |
   | **Reason Not Done:** | |
   | **Comments:** | Chronic neck pain x 2 years  no injury or trauma |

**Seen for clinic(s):** Hypertension, General
**Added to clinic(s):** Hypertension, General

**ROS:**
   **General**
      **Constitutional Symptoms**
         No: Chills, Fatigue, Fever, Night Sweats, Unexplained Weight Loss, Weakness
   **Pulmonary**
      **Respiratory System**
         Yes: Cough - Dry, DOE, Dyspnea, Hx of COPD, Shortness of breath, Tobacco Use, Wheezing
         No: Cough - Productive, Hemoptysis, Hoarseness, Hx Positive TB Skin Test, Night Sweats, Orthopnea,

| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | Reg #: | 12732-179 |
|---|---|---|---|---|
| Date of Birth: | 05/23/1962 | Sex: M | Race: | WHITE |
| Encounter Date: | 04/15/2020 17:19 | Provider: Barner, M. NRP | Facility: | LEW |

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | **Prescriber Order:** Take three tablets (975 MG) by mouth three times daily as needed for pain for 30 days (only #60 tabs are allowed) PRN x 180 day(s) | |
| | **Indication:** Cervicalgia, Headache | |
| 138848-EST | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 04/15/2020 17:19 |
| | **Prescriber Order:** Do not use daily, use only if needed to prevent or relieve an asthma attack. Inhale 2 puffs by mouth four times a day as needed (inhaler is to last 90 days. If needed more frequently, make sick call) x 180 day(s) | |
| | **Indication:** Chronic obstructive pulmonary disease [COPD] | |
| 138849-EST | HydroCHLOROthiazide 12.5 MG Cap | 04/15/2020 17:19 |
| | **Prescriber Order:** Take one capsule (12.5 MG) by mouth each morning for 365 days x 180 day(s) | |
| | **Indication:** Essential (primary) hypertension | |
| 138850-EST | Lisinopril 40 MG Tab | 04/15/2020 17:19 |
| | **Prescriber Order:** Take one tablet (40 MG) by mouth each day for 365 days x 180 day(s) | |
| | **Indication:** Essential (primary) hypertension | |
| 138851-EST | Sulindac 200 MG Tab | 04/15/2020 17:19 |
| | **Prescriber Order:** Take one tablet (200 MG) by mouth twice daily as needed for pain for 180 days (only #45 tabs allowed per month) PRN x 180 day(s) | |
| | **Indication:** Pain in unspecified joint, Cervicalgia | |
| 138852-EST | Tamsulosin HCl 0.4 MG Cap | 04/15/2020 17:19 |
| | **Prescriber Order:** Take one capsule (0.4 MG) by mouth at bedtime for 180 days x 180 day(s) | |
| | **Indication:** Enlarged prostate with lower urinary tract symptoms (BPH) | |

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 138847-EST | Acetaminophen 325 MG Tab | Take three tablets (975 MG) by mouth three times daily as needed for pain for 30 days (only #60 tabs are allowed) |
| BOP | Continue | Rx | 138848-EST | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | Do not use daily, use only if needed to prevent or relieve an asthma attack. Inhale 2 puffs by mouth four times a day as needed (inhaler is to last 90 days. If needed more frequently, make sick call) |
| BOP | Continue | Rx | 138849-EST | HydroCHLOROthiazide 12.5 MG Cap | Take one capsule (12.5 MG) by mouth each morning for 365 days |
| BOP | Continue | Rx | 138850-EST | Lisinopril 40 MG Tab | Take one tablet (40 MG) by mouth each day for 365 days |
| BOP | Continue | Rx | 138851-EST | Sulindac 200 MG Tab | Take one tablet (200 MG) by mouth twice daily as needed for pain for 180 days (only #45 tabs allowed per month) |
| BOP | Continue | Rx | 138852-EST | Tamsulosin HCl 0.4 MG Cap | Take one capsule (0.4 MG) by mouth at bedtime for 180 days |

| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 04/15/2020 17:19 | Provider: | Barner, M. NRP | Facility: | LEW |

| **Source** | **Action** | **Type** | **Rx#** | **Medication** | **Order Detail** |
|---|---|---|---|---|---|
| | | OTC | | No known OTCs | |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Edinger, Andrew MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Barner, M. NRP on 04/15/2020 17:21
Requested to be cosigned by Edinger, Andrew MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CABRERA-CASTILLO, EPITACIO | | | Reg #: | 12732-179 |
| Date of Birth: | 05/23/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 04/15/2020 17:19 | Provider: | Barner, M. NRP | Facility: | LEW |

**Cosigned with New Encounter Note by Pigos, Kevin MD on 04/16/2020 05:52.**

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** LEW--LEWISBURG USP | **Begin Date:** 12/13/2019 | **End Date:** 07/13/2020 |
| **Inmate:** CABRERA-CASTILLO, EPITACIO | **Reg #:** 12732-179 | **Quarter:** I02-203L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

Allergies:                                        Denied

## Active Prescriptions

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each day
**Rx#:** 204024-LEW    **Doctor:** Pigos, Kevin MD
**Start:** 05/18/20    **Exp:** 05/18/21                    **Pharmacy Dispensings:** 60 TAB in 29 days

Acetaminophen 325 MG Tab
Take three tablets (975 MG) by mouth three times daily as needed for pain for 30 days (only #60 tabs are allowed)
**Rx#:** 138847-EST    **Doctor:** Lepiane, R. MD/CD
**Start:** 04/01/20    **Exp:** 05/01/20    **D/C:** 04/15/20    **Pharmacy Dispensings:** 60 TAB in 76 days

Acetaminophen 325 MG Tab
Take three tablets (975 MG) by mouth three times daily as needed for pain (only #60 tabs are allowed per month)
**Rx#:** 201598-LEW    **Doctor:** Edinger, Andrew MD/CD
**Start:** 04/15/20    **Exp:** 10/12/20    **D/C:** 05/18/20    **Pharmacy Dispensings:** 60 TAB in 62 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Do not use daily, use only if needed to prevent or relieve an asthma attack. Inhale 2 puffs by mouth four times a day as needed (inhaler is to last 90 days. If needed more frequently, make sick call)
**Rx#:** 138848-EST    **Doctor:** Lepiane, R. MD/CD
**Start:** 04/01/20    **Exp:** 04/01/21    **D/C:** 04/15/20    **Pharmacy Dispensings:** 8.5 GM in 76 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Do not use daily, use only if needed to prevent or relieve an asthma attack. Inhale 2 puffs by mouth four times a day as needed (inhaler is to last 90 days. If needed more frequently, make sick call) "Empty container is to be returned for refill"
**Rx#:** 201599-LEW    **Doctor:** Edinger, Andrew MD/CD
**Start:** 04/15/20    **Exp:** 10/12/20    **D/C:** 05/18/20    **Pharmacy Dispensings:** 8.5 GM in 62 days

HydroCHLOROthiazide 12.5 MG Cap
Take one capsule (12.5 MG) by mouth each morning for 365 days
**Rx#:** 138849-EST    **Doctor:** Lepiane, R. MD/CD
**Start:** 04/01/20    **Exp:** 04/01/21    **D/C:** 04/15/20    **Pharmacy Dispensings:** 90 CAP in 76 days

HydroCHLOROthiazide 12.5 MG Cap
Take one capsule (12.5 MG) by mouth each morning
**Rx#:** 201600-LEW    **Doctor:** Edinger, Andrew MD/CD
**Start:** 04/15/20    **Exp:** 10/12/20    **D/C:** 05/18/20    **Pharmacy Dispensings:** 30 CAP in 62 days

| Complex: | LEW--LEWISBURG USP | Begin Date: | 12/13/2019 | End Date: | 07/13/2020 |
|---|---|---|---|---|---|
| Inmate: | CABRERA-CASTILLO, EPITACIO | Reg #: | 12732-179 | Quarter: | I02-203L |

## Active Prescriptions

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth each day for 365 days
**Rx#:** 138850-EST   **Doctor:** Lepiane, R. MD/CD
**Start:** 04/01/20   **Exp:** 04/01/21   **D/C:** 04/15/20       **Pharmacy Dispensings:** 90 TAB in 76 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth each day
**Rx#:** 201601-LEW   **Doctor:** Edinger, Andrew MD/CD
**Start:** 04/15/20   **Exp:** 10/12/20   **D/C:** 05/18/20       **Pharmacy Dispensings:** 30 TAB in 62 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth each day
**Rx#:** 204025-LEW   **Doctor:** Pigos, Kevin MD
**Start:** 05/18/20   **Exp:** 05/18/21       **Pharmacy Dispensings:** 60 TAB in 29 days

Sulindac 200 MG Tab
Take one tablet (200 MG) by mouth twice daily as needed for pain for 180 days (only #45 tabs allowed per month)
**Rx#:** 138851-EST   **Doctor:** Lepiane, R. MD/CD
**Start:** 04/01/20   **Exp:** 09/28/20   **D/C:** 04/15/20       **Pharmacy Dispensings:** 45 TAB in 76 days

Sulindac 200 MG Tab
Take one tablet (200 MG) by mouth twice daily as needed for pain (only #45 tabs allowed per month)
**Rx#:** 201602-LEW   **Doctor:** Edinger, Andrew MD/CD
**Start:** 04/15/20   **Exp:** 10/12/20   **D/C:** 05/18/20       **Pharmacy Dispensings:** 45 TAB in 62 days

Tamsulosin HCl 0.4 MG Cap
Take one capsule (0.4 MG) by mouth at bedtime for 180 days
**Rx#:** 138852-EST   **Doctor:** Lepiane, R. MD/CD
**Start:** 04/01/20   **Exp:** 09/28/20   **D/C:** 04/15/20       **Pharmacy Dispensings:** 90 Cap in 76 days

Tamsulosin HCl 0.4 MG Cap
Take one capsule (0.4 MG) by mouth at bedtime
**Rx#:** 201603-LEW   **Doctor:** Edinger, Andrew MD/CD
**Start:** 04/15/20   **Exp:** 10/12/20   **D/C:** 05/18/20       **Pharmacy Dispensings:** 30 Cap in 62 days

Tamsulosin HCl 0.4 MG Cap
Take one capsule (0.4 MG) by mouth at bedtime
**Rx#:** 204026-LEW   **Doctor:** Pigos, Kevin MD
**Start:** 05/18/20   **Exp:** 05/18/21       **Pharmacy Dispensings:** 60 Cap in 29 days

| Complex: | LEW–LEWISBURG USP | Begin Date: | 12/13/2019 | End Date: | 07/13/2020 |
| Inmate: | CABRERA-CASTILLO, EPITACIO | Reg #: | 12732-179 | Quarter: | I02-203L |

9-12-2020

Cynthia Cabrera
1402 Amanda Ave
Forth Worth Texas 76105
817 862 6341

Dear Judge Reed C. OConer

I am writing you this letter of Compassion for the early release of my father Epitacio Cabrera Castillo 12732179.

My father is a Loving and careing grandfather, father and husband, my mother, Children and I really miss my father, my Children need there grandfather in thire lifes he is a very wonderful and helpful grandfather, everyday my littlest Children ask me where is thire grandfather and I do not know what to respond to them, breaks my heart knowing they are not going to see him for a very long time.

My mother is dicbet and she has had four of her toes amputaded and also needs him to help her, I need my father in my life I miss my father and every day I cry knowing that he is older and as the years pass by and the problem he has I don't know when am I going to see him agian, my grandmother my (father's mother) needs him as much as all of us, my grand father Just passed away one year ago, my father did not have the Chance to Say

Pg 1 of 2

his last good bye to my grandfather.

I have ten children plus my little sister who is ten at the moment, she more than any of us need him, my youngest baby is 7 months and has downsendcrom it is not easy or adordable for us to travel to see him like we would love to.

I really pray and hope this letter touches your heart your honrable Judge Reed C. Oconer and realse my father and if not at least change him closer to us where we could go see him and know his doing Okay, he is sick from his lungs and I always live with the fear something will happen to him, and that I would not be able to see him agian and feel his worm hugs and loving kisses. Please your honrable Judge Reed C. Oconer, Please take this letter into consederation.

Cynthia Albarado

p 9 2 of 2

9-12-2020

Dear Your honarable Judge Reed C. Oconer
I Matilde Cabrera is writing You this letter of
compassion for the early realease of My father
Epitacio Cabrera Castillo 12732179.
I really, really Miss My father your honarable
Judge Read C. Oconer, I am Just 10 years old
My father is a Loving and careing Men, I need
My father by My side it is so hard for Me
to go to sleep every night and thinking about
him and crying for him, and I Just think to
My self when am I going to see My father
again. As the years pass by I Just start
realizing that My father is getting older and,
I would hate to not see him again, your
honarable Judge Reed C. Oconer Please feel My
pain that I am feealing every time I now that
My father is not by My side, I Just want My
father to be by My side like We used to be.
I really Miss when My father used to take Me to
the store's and buy Me clothes, and toys than
after that We used to go inside My favorite
restraunt, than after that he will take Me to
the park and We will have lots of fun, but the
thing I really wish and want is his hugs and
kisses, Your honarable Judge Reed C. Oconer My
Birthday is almost coming and I am wishing
to see My father free or at least to spend
the day with him, if I dont get that wish the
thing I want for christmas is My father in My
arms and never let him go I want My father
next to Me. I as his daughter would love to have My

pg 1 of 2

father Back in My arms I Want to feel the Warm arms of My father, I Miss My father.

I reamember the time My father told Me no Matter What he Will always be in My heart and I Will be in his Just like his other children, and that he Love's all of us the same and that each and everyone of his children has a piece of his heart. I Just pray to God that this letter really touches your heart, and let My father out and if this letter is not enough to realese My father, Would you Just at least Change him closer to us so that I can have the chanse to see him the times I Want and to Know that he is doing good.

So Please your honarable Judge Reed C. oconer Please take My letter into Consederation.

Sencerly,
Matide cabrera

Pg 2 of 2

Dear Judge Reed C. Oconner,

My name is Epitacio Cabrera Castillo, #12732-179, date of birth 5/23/1962. First of all I respectfully want to apologize to you Honorable Judge and your court.

Honorable Judge O'conner, I would like to ask for your consideration to grant me compassionate release pursuant to 18 U.S.C. §3582(C)(1)(A).

I am currently incarcerated at USP Lewisburg where as of now over 60 inmates have tested positive for COVID-19. I suffer from various conditions the CDC has listed as elevating risk factors for COVID-19. I have high blood pressure and I have chronic pulmonary problems (COPD).

In the year 2013 I was hospitalized at the John Peter Smith hospital in Fort Worth, TX and was then diagnosed with (COPD) and one lung functioning at a minimal percentage in comparison to the other, because of this chronic condition I struggle with breath shortness all the time and I have to use Albuterol pumps daily.

This is the reason why I write to you, with this chronic pulmonary illness I need proper medical attention which in prison is not possible, I have been denied several times my medication and even an evaluation when I have sent numerous requests to the Medical staff even when they had seen my in emergency situations when I could not hardly breath.

I write to you Honorable Judge asking for compassion and help. The time that I have spent in prison has taught me to become a person of good. I have my family that worries of my well being and I worry for

Page 1 of 3

them, My Mother, my wife, my children, my brothers. I have a daughter that is 10 years of age, and a son of 9 years of age and I would like to have an opportunity to live with them the years or the time that God would allow me to be with my children and family.

I have stayed out of trouble in prison, I have an excelent conduct and have never received any disciplinary infraction. I spend most of my time working, and taking all the classes and programs that are at my reach.

If you would grant me the Compassionate release, I would use that opportunity to return to my country Mexico and will live with my brother Humberto Cabrera or my sister Maria Dolores Cabrera. My brother works for the Federal Commission and my sister owns a pharmacy and both are willing to help me.

My release plan is to build water farms to raise tilapia fish and lobster in my father's land. There we have permanent national waters. And also I will ask the Government for help to make a home for Senior citizens and disabled. Where i am from, we do not have that type of help and I would like to build those homes to help the elderly and to help my Mother that is 80 years old, has diabetes and is a widow. My father died last year on 7/16/2019, because he suffered from Asthma, high blood pressure and Alzheimer's disease. My wife will go to Mexico with me and I will take care of here, she has diabetes and the Doctors have amputated various fingers of her feet because of the disease. My sons and children are American citizens and will visit me as much as they can. I the support of my sons and family.

This is the address of my sister's pharmacy in Mexico:

Maria Dolores Cabrera
Calle Hidalgo en Llera de Canales
Municipio Conocido 87200 Tamaulipas Mexico

Phone: 01152-832-323-0500


Honorable Judge, I would like to thank you and thank God if you grant me the opportunity because of my illness. And I would like to apologize for the problems and mistakes that I commited.
I want to personally apologize to you and the State and the Country for my wrong doings. From the bottom of my heart, I am sorry.

God bless you, your family and everyone out there.
Be Safe.


X Epitacio Cabrera Castillo
Epitacio Cabrera Castillo
#12732-199

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2020 OCT 16  PM 12:09

DEPUTY CLERK

Judge Reed O'Connor
501 West 10th St
Fort Worth
Texas
76102



U.S. POSTAGE PAID
FORT WORTH, TX
OCT 13, 20
AMOUNT
$2.40
R2300F16150008



Epitacio Cabrera Cast.116
127 32 179
United States Penitentiary
P.O Box. 1000
Lewis burg PA. 17837